No. 98–9184. INTISSAR, AKA IBRAHIM v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–9190. TRUEMAN v. LEKBERG ET AL. C. A. 3d Cir. Certiorari denied.

No. 98–9195. PARISE v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 98–9198. SWISHER v. COMMISSION FOR LAWYER DISCIPLINE. Sup. Ct. Tex. Certiorari denied.

No. 98–9202. COUEY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–9203. ASCANIO-BLANCO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–9204. BROOKS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 98–9215. WOODS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–9218. CRUZ MARTINEZ v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 98–9219. GROSS v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 98–9222. JOHNSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–9224. RAINES v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 98–9226. CIPRIANO v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 98–9228. AGUILAR-AYALA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–9229. WILLIAMS-MAY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–9231. DIAZ-DE LA O v. UNITED STATES. C. A. 5th Cir. Certiorari denied.